IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:08cr69-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| RODERICK A. THOMAS | ) | INFORMATION |

The United States Attorney charges that:

On or about the 15th of December 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, RODERICK A. THOMAS did knowingly steal, purloin, conceal and retain, with intent to convert to his use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a bottle of Thermoshred muscle-defining Thermogenic, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

_____
EMILY M. RUSANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | )   AFFIDAVIT |
| DALE COUNTY | ) |

The undersigned, being first duly sworn, deposes and says:

I am a Military Police officer at Fort Rucker, Alabama. On the 15th of December 2007, at approximately 3:11 P.M., I received a call to respond to a shoplifting incident at the PX. Upon arrival, I met with Ms. Linda Scott, PX Security, concerning a young male placing an item of higher-value into a box for a lesser-valued item, and paying the lesser amount for the switched item. The man was identified as RODERICK A. THOMAS. The PX surveillance video showed THOMAS holding a bottle of Thermoshred muscle-defining Thermogenic (valued at $33.49), then taking a box marked Super-Nos Pump (valued at $12.59), removing an item from the Super-Nos Pump box and switching it with the bottle of Thermoshred. THOMAS proceeded to the cash register, and rendered payment for the lesser amount on the box. THOMAS was detained by PX Security until Military Police arrival. I placed THOMAS under apprehension and transported him to the Military Police Station where he was further processed. THOMAS was advised of his legal rights which he invoked. THOMAS was further processed and released on his own recognizance. The items were returned to AAFES stock. The estimated cost-difference between the items is $20.90.

_____
RICHARD A. WILLIAMS, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 26th day of February 2008.

_____
NOTARY PUBLIC

My commission expires: 11/22/10