IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:08cr69-WC |
| | ) | |
| RODERICK A. THOMAS | ) | |

## ORDER ON MOTION

On April 29, 2008, Defendant, RODERICK A. THOMAS, filed a motion for appointment of counsel. Th Court has reviewed Defendant's financial affidavit (Doc. #6) and finds the information to be insufficient for a determination that Defendant be appointed counsel. Accordingly, it is

ORDERED that the Motion (Doc. #5) is DENIED. Defendant may re-file a motion for the appointment of counsel along with a complete and detailed affidavit in support, to include clear information regarding his employment, his monthly income, his spouses monthly income, cash assets, and any debts.

DONE this 30th day of April, 2008

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE