# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00069-WC |
| | ) | |
| RODERICK A. THOMAS | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the trial of the above styled case scheduled for July 14, 2008, and as grounds would show unto the Court the following:

1. Counsel for Mr. Thomas was ordered to report to the Court on the status of the surveillance tape in this case by May 30, 2008.

2. The undersigned Special Assistant to the United States Attorney received the surveillance video tape in this case from the Provost Marshal Office on May 22, 2008, and submitted it to the Fort Rucker TASC Office, which processes all of the Fort Rucker requests for audio and visual recordings and aides. The Fort Rucker TASC Office reported that a copy of the tape would not be complete until June 6, 2008 due to the limitations of its audio-visual recording equipment.

3. The undersigned Special Assistant to the United States Attorney will mail the copied tape to counsel for Mr. Thomas immediately upon receipt.

4. Counsel for Mr. Thomas has been contacted and has no objection to a continuance.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the trial in the above-styled case.

Respectfully submitted this the 29th day of May, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

**MOTION GRANTED**
THIS 3rd DAY OF June, 2008
UNITED STATES MAGISTRATE JUDGE